**FILED**

JUN - 5 2008

**Clerk,** U.S. District and **Bankruptcy Courts**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH WASHINGTON *et al.,* | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| ROUNTREE, KNOX, HUNTER & PARKER, | ) |
| | ) |
| Defendant(s). | ) |

Civil Action No.  **08 0966**

### DISMISSAL ORDER

For or the reasons stated in the accompanying memorandum opinion, it is hereby,

ORDERED that the application of the individual Joseph Washington to proceed *in forma pauperis* is **GRANTED**; and it is

FURTHER ORDERED that this action is **DISMISSED WITHOUT PREJUDICE**.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: 5|9|08

United States District Judge